IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00369-WYD-BNB

TRUSTILE DOORS, LLC, a Delaware limited liability company,

    Plaintiff,

v.

TIMBERLINE ARCHITECTURAL OPENINGS, a Nevada limited liability company,

    Defendant.

## MINUTE ORDER

    Defendant Timberline's Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative to (1) Transfer Pursuant to 28 U.S.C. § 1404(a), or (2) Stay Pending Resolution of an Identical Nevada State Court Action [# 23], filed April 21, 2006, is **STRICKEN** with leave to refile in compliance with this Court's Hearing, Conference and Trial Procedures.  The exhibits need not be resubmitted.

    Dated:  April 21, 2006

                                      s/ M. Brooke McKinley
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U. S. District Judge