IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00369-WYD-BNB

TRUSTILE DOORS, LLC, a Delaware limited liability company,

    Plaintiff,

v.

TIMBERLINE ARCHITECTURAL OPENINGS, a Nevada limited liability company,

    Defendant.

---

## ORDER OF DISMISSAL
---

The parties filed a Stipulation and Joint Motion to Dismiss without Prejudice [# 26] on May 15, 2006.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed without prejudice.  Accordingly, it is

ORDERED that the parties' Stipulation and Joint Motion to Dismiss without Prejudice is **GRANTED**.  It is

FURTHER ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**, each party to pay its own costs and attorney's fees.

Dated:  May 18, 2006

                                      BY THE COURT:


                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge